# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-2610
LT Case No. 16-1998-CF-5532-A

———————————————

TIMOTHY A. HAMPTON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Timothy A. Hampton, Graceville, pro se.

Ashely Moody, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Respondent.

November 15, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the January 31, 2024 order denying Petitioner's motion to correct illegal sentence rendered in Case No. 16-1998-CF-5532-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAMBERT, JAY, and EISNAUGLE, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____